IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN THE MATTER OF AN APPLICATION )
OF UNITED STATES OF AMERICA )
FOR A SEARCH WARRANT ) MISC. No. 1:06-M-51M
) 1:06-M-52M

**MOTION TO SEAL**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Richard W. Rose, Assistant United States Attorney, moves that this Motion, Order, Complaint, Affidavit, Application for Search Warrant and Search Warrant be sealed until further order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

SO ORDERED:

David L. Martin

DAVID L. MARTIN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATE: 5-11-06