AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

JULIA PANSOY-CALEL

## WARRANT FOR ARREST

Case Number: 1:06-M-51 M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JULIA PANSOY-CALEL
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

transferring counterfeit immigration (I-551) and social security documents.

in violation of Title 18 United States Code, Section(s) 1028(a)(2)

| | |
|---|---|
| DAVID L. MARTIN | David L Martin |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. MAGISTRATE JUDGE | 5-11-06 Providence, RI |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/11/06 | Charles Lyant SDUSM | [signature] |
| DATE OF ARREST 5/11/06 | | |