FILED

MAY 24 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 1:06-M-51M |
| | ) | |
| JULIA PANSOY-CALEL | ) | |

## MOTION TO WITHDRAW

Now comes the undersigned, Kevin J. Fitzgerald, Assistant Federal Public Defender and hereby moves to withdraw his appearance on behalf of the defendant in the above-entitled matter. Ms. Pansoy-Calel has retained private counsel to represent her in this matter.

RECEIVED

MAY 25 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Respectfully submitted,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered on the 24th day of May 2006 a true copy of the within motion to Richard Rose, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
May 25, 2006