UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No. 1:06-M-51-M
:
JULIA PANSOY-CALEL :

**GOVERNMENT'S ASSENTED TO MOTION AND MEMORANDUM TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT**

The United States and the defendant moves to exclude certain time from the operation of the time limits imposed by the Speedy Trial Act. See 18 U.S.C. § 3161(h). Specifically, 18 U.S.C. § 3161(b) imposes a 30-day time period, from the date of arrest within which an information or indictment must be filed. Here, the parties have agreed in writing that the period from May 26, 2006 through June 30, 2006 should be excluded from the § 3161(b) time limit. The parties agree that this Court order that the period agreed upon be excluded pursuant to 18 U.S.C. § 3161(h).[1]

The parties are engaged in plea negotiations which may lead to the prompt resolution of the complaint, thus fulfilling one of the purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I).

---

[1] The agreement, in the form of a waiver of rights under the Speedy Trial Act, is attached as Exhibit A to this Motion. The time from the filing of this Motion until its disposition, of course, would be excluded pursuant to 18 U.S.C. §3161(h)(1)(F).

For all of the foregoing reasons, the government believes that the ends of justice justify the exclusion of the period from May 26, 2006 through June 30, 2006.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on this 1st day of ~~May,~~ June, 2006 a copy of the within Government's Motion and Memorandum to Exclude Certain Time Under the Speedy Trial Act, was forwarded mail, postage prepaid, to:

Robert B. Mann, Esq.
Mann & Mitchell
501 Turks Head Place
Providence, Rhode Island 02903