UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 0 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No. 1:06-M-51-M
:
JULIA PANSOY-CALEL :

**ORDER**

The above case came to be heard by the Court, Magistrate Judge David L. Martin, on the Government's Assented to Motion to Exclude Time Under the Speedy Trial Act. After due consideration, the Court finds that (1) the parties are engaged in plea negotiations, and, for the reasons stated in the government's Memorandum, (2) the ends of justice are served by excluding the period requested and outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby

**ORDERED**

That the period from May 26, 2006 through June 30, 2006 are excluded from the computations made under the speedy indictment provision of the Speedy Trial Act, 18 U.S.C. §3161(b).

BY ORDER,

[signature]
Deputy Clerk

ENTER:

[signature: David L. Martin]
DAVID L. MARTIN
U.S. MAGISTRATE JUDGE

Date: 6-2-06

SCANNED

12