UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No. 1:06-M-51-M
:
JULIA PANSOY-CALEL :

**GOVERNMENT'S SECOND ASSENTED TO MOTION AND MEMORANDUM TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT**

The United States and the defendant move to exclude certain time from the operation of the time limits imposed by the Speedy Trial Act. See 18 U.S.C. § 3161(h). Specifically, 18 U.S.C. § 3161(b) imposes a 30-day time period, from the date of arrest within which an information or indictment must be filed. Here, the parties have previously agreed in writing that the period from May 26, 2006 through June 30, 2006 should be excluded from the § 3161(b) time limit. The parties agree that this Court order that the period agreed upon be excluded pursuant to 18 U.S.C. § 3161(h). The Court entered such an order. The parties have made progress toward a resolution. Because of scheduling issues with an interpreter the parties need a further extension.

The parties are encouraged that a further extension in plea negotiations may lead to the prompt resolution of the complaint, thus fulfilling one of the purposes of the Speedy Trial Act. See 18 U.S.C. §3161(h)(1)(I).

For all of the foregoing reasons, the government believes that the ends of justice justify the exclusion of the period from July 1, 2006 through July 14, 2006.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on this 29th day of June, 2006 a copy of the within Government's Motion and Memorandum to Exclude Certain Time Under the Speedy Trial Act, was forwarded mail, postage prepaid, to:

Robert B. Mann, Esq.
Mann & Mitchell
501 Turks Head Place
Providence, Rhode Island 02903