UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No. 1:06-M-51-M
:
JULIA PANSOY-CALEL :

**ORDER**

The above case came to be heard by the Court, Magistrate Judge David L. Martin, on the Government's Second Assented to Motion to Exclude Time Under the Speedy Trial Act. After due consideration, the Court finds that (1) the parties are engaged in plea negotiations, and, for the reasons stated in the government's Memorandum, (2) the ends of justice are served by excluding the period requested and outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby

**ORDERED**

That the period from July 1, 2006 through July 14, 2006 are excluded from the computations made under the speedy indictment provision of the Speedy Trial Act, 18 U.S.C. §3161(b).

BY ORDER,

Martha Saucier
Deputy Clerk

ENTER:

David L. Martin
DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE

Date: 7-10-06