IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **CR 06 77S** |
| | ) |
| v. | ) CR. No. |
| | ) In Violation of 18 U.S.C. |
| | ) § 1028(a)(2) |
| JULIA PANSOY-CALEL | ) |

## INFORMATION

The United States Attorney charges:

### COUNT I

On or about December 12, 2005, in the District of Rhode Island, the defendant, JULIA PANSOY-CALEL, did knowingly transfer identification documents and false identification documents, knowing that such documents were produced without lawful authority, to wit: (1) counterfeit I-551 (permanent resident alien card) with the name Jose R. Lux-Deleon, and one counterfeit social security card with number ███████.

All in violation of 18 U.S.C. § 1028(a)(2).

### COUNT II

On or about December 14, 2005, in the District of Rhode Island, the defendant, JULIA PANSOY-CALEL, did knowingly transfer identification documents and false identification documents, knowing that such documents were produced without lawful authority, to wit: (1) counterfeit I-551 (permanent resident

alien card) with the name Jose Manuel Lopez, and one counterfeit social security card with number ███████.

All in violation of 18 U.S.C. § 1028 (a)(2).

### COUNT III

On or about March 29, 2006, in the District of Rhode Island, the defendant, JULIA PANSOY-CALEL, did knowingly transfer identification documents and false identification documents, knowing that such documents were produced without lawful authority, to wit: (1) counterfeit I-551 (permanent resident alien card) with the name Manuel Ramirez-Perez, and one counterfeit social security card with number ███████.

All in violation of 18 U.S.C. § 1028 (a)(2).

### COUNT IV

On or about March 29, 2006, in the District of Rhode Island, the defendant, JULIA PANSOY-CALEL, did knowingly transfer identification documents and false identification documents, knowing that such documents were produced without lawful authority, to wit: (1) counterfeit I-551 (permanent resident alien card) with the name Julian Garcia-Lopez, and one counterfeit social security card with number ███████

All in violation of 18 U.S.C. § 1028(a)(2).

                              ROBERT CLARK CORRENTE
                              United States Attorney


                              _____
                              RICHARD W. ROSE
                              Assistant U.S. Attorney


                              _____
                              GERARD B. SULLIVAN
                              Chief, Criminal Division


                              DATE: 7/11/06