CR 06 77S

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF Rhode Island
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5043

Name of Asst. U.S. Attorney (if assigned): RICHARD W. ROSE

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.
1:06-M-51M

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: JULIA PANSOY-CALEL

Address:

☑ Interpreter Required Dialect: Spanish

Birth Date

☐ Male
☑ Female

☐ Alien (if applicable)

Social Security Numbe.

### DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☑ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Counts 1 - 4 | Distribution of counterfeit immigration and social | ☒ Felony ☐ Misdemeanor |
| | 18 U.S.C. Section 1028(a)(2) | security documents: | ☒ Felony ☐ Misdemeanor |
| | | Penalties: EACH COUNT: 15 years imprisonment; 3 | ☒ Felony ☐ Misdemeanor |
| | Estimated Trial Days: 3 | years supervised release; $200,000.00 fine; and a | ☒ Felony ☐ Misdemeanor |
| | | $100.00 special assessment | ☐ Felony ☐ Misdemeanor |