AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

United States of America

V.

Julia Pansoy-Calel

**APPEARANCE**

Case Number: CR 06- 077S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Julia Pansoy-Calel

I certify that I am admitted to practice in this court.

7/17/2006
Date

Robert B. Mann
Signature

Robert B. Mann
Print Name

0153
Bar Number

One Turks Head Place, Suite 610
Address

Providence
City

RI
State

02903
Zip Code

(401) 351-5770
Phone Number

(401) 521-4305
Fax Number