O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JULIA PANSOY-CALEL

## WAIVER OF INDICTMENT

CASE NUMBER: CR 06 77S

I, JULIA PANSOY-CALEL, the above named defendant, who is accused of transferring identification documents and false identification documents

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/17/06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Julia Pansoy Calel
JULIA PANSOY-CALEL
Defendant

ROBERT B. MANN, ESQ. Camille A. McKenna, Esq.
Counsel for Defendant

Before David L. Martin
Judicial Officer