ACCORDING TO ADMINISTRATIVE PROCEDURE 4(b)(4), THIS DOCUMENT SHOULD HAVE BEEN FILED CONVENTIONALLY AND HAS BEEN REMOVED FROM THE DOCKET.